FILED
12-9-2010
DEC 09 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| | | |
|---|---|---|
| RICHARD ALCANTARA, Petitioner, | § § § | |
| V. | § § | CRIMINAL ACTION NUMBER 03-CR-855-(2) |
| UNITED STATES OF AMERICA, Respondent. | § § § | |

## MOTION FOR NUNC PRO TUNC JUDGMENT CLARIFYING PETITIONER'S RESTITUTION FINE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Richard Alcantara (hereinafter "Petitioner"), and hereby through Pro Se respectfully files his Motion for Nunc Pro Tunc Judgment Clarifying Petitioner's Restitution Fine, and in support thereof would respectfull show the Court as follows:

### I. INTRODUCTION

In support of the foregoing Motion, Petitioner will first of all inform this Honorable Said Court that he is unskilled and moreover is a layman at the profession of Law, and would therefore ask that this Honorable United States District Court recognize the standards set forth by the Honorable United States Supreme Court in **Haines v. Kerner**, 404 U.S. 519, 92 S.Ct. 594, 30 L.Ed.2d 652 (1972), and in doing so, not hold Petitioner herein to the standards of a professional Legal Litigator.

## II. GROUND FOR MOTION FOR NUNC PRO TUNC JUDGMENT CLARIFYING PETITIONER'S FINE

Petitioner herein, request this Honorable Said Court to issue a Nunc Pro Tunc Judgment clarifying Petitioner's Fine. Petitioner is hereby being **Prejudice** by the ERROR committed in the Criminal Judgment and Commitment in Criminal Action Number 03-CR-855-(2).

On or around April 05, 2006, this Honorable Said Court imposed a Sentence of 137 months (11 years 5 months) on Petitioner herein, and imposed a Restitution fine of $144,817.00 which was to be **devided** by him and his three (3) other **Co-defendants**. However, the Federal Bureau of Prisons in Forrest City (Medium Institution) at Arkansas has been charging Petitioner herein a Restitution fine in the amount of $144,817.00, and not as this Honorable Said Court had imposed on Petitioner's Sentence. Therefore, Petitioner has been **Prejudice** in this matter in which Petitioner has been paying a restitution fine that was and is supposed to be **devided** by four (4) defendants.

Petitioner herein, is currently unemployed at his place of confinement, and is unable to pay the amount due as requested by the Federal Bureau of Prisons. Petitioner has payed a total amount of **$3,266.00** up to date, and the Bureau of Prisons has an Obligation Balance of $141,551.08 on Petitioner, when in fact Petitioner should have an obligation balance of **$32,938.00**.

Wherefore, Petitioner herein moves this Honorable Said Court to issue a Nunc Pro Tunc Judgment to Clarify this Error that is being **Prejudicial** to Petitioner herein. This matter

is stressful and harsh on Petitioner herein who is already serving a harsh sentence of 137 months.

### PRAYER AND CONCLUSION

**WHEREFORE,** Petitioner herein Prays that this Honorable Said Court issue a Nunc Pro Tunc Judgment Clarifying the Restitution Amount.

Petitioner further prays that this Honorable Said Court **Grant** him all due relief to which he may be entitled in this proceeding.

Respectfully submitted,

Richard Alcantara (Pro Se)
Reg. No. 11578-040
Federal Correctional Complex
P.O. BOX 3000-Medium
Forrest City, AR  72336

### CERTIFICATE OF SERVICE

I, Richard Alcantara, hereby certify that I have forwarded a true and correct copy of the foregoing instrument by the method indicated to all counsel of record listed below on the 01 day of December, 2010.

(U.S. First Class Mail)

Nancy L. Miller
Asst. U.S. Attorney
Everett McKinley Dirksen Bldg.
219 S. Dearborn Street, 5th Floor
Chicago, IL  60604

Richard Alcantara