FILED
AUG 16 2011
Aug 16, 2011
MICHAEL W. DOBBINS
CLERK, U. S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
Chicago Division

| | |
|---|---|
| RICHARD ALCANTARA, Petitioner, | § § § |
| V. | § CRIMINAL ACTION NUMBER § 03-CR-855-(2) |
| UNITED STATES OF AMERICA, Respondent. | § § § |

**MOTION FOR SPEEDY FINAL DISPOSITION OF PETITIONER'S MOTION FOR NUNC PRO TUNC JUDGMENT CLARIFYING PETITIONER'S RESTITUTION FINE**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Richard Alcantara (hereinafter "Petitioner"), and hereby through Pro Se respectfully files his Motion for Speedy Final Disposition of Petitioner's Motion for NUNC PRO TUNC JUDGMENT CLARIFYING PETITIONER'S RESTITUTION FINE, and in support thereof would respectfully show the Court as follows:

### I. INTRODUCTION

In support of the foregoing Motion, Petitioner will first of all inform this Honorable Said Court that he is unskilled and moreover is a layman at the profession of Law, and would therefore ask that this Honorable United States District Court recognize the standards set forth by the Honorable United States Supreme Court in **Haines v. Kerner**, 404 U.S. 519, 92 S.Ct. 594, 30 L.Ed.2d. 652 (1972), and in doing so, not hold Petitioner herein to the standards of a professional Legal Litigator.

## II. REASON FOR SPEEDY FINAL DISPOSITION

Petitioner herein, has a projected release within 18 more months without including the 6 months of halfway house. This Resitution fine has become a hardship for Petitioner herein and does not permit him to plan for his release back to society.

Wherefore, I herein pray that this Honorable Said Court make a Final Disposition.

## CONCLUSION

**WHEREFORE,** Petitioner herein prays that this Honorable Said Court herein GRANTS this Motion.

Respectfully submitted,

*/s/ Richard Alcantara*
Richard Alcantara  (Pro Se)
Reg. No. 11578-040
Federal Correctional Complex
P.O. BOX 3000
Forrest City, AR  72336

## CERTIFICATE OF SERVICE

I, Richard Alcantara, hereby certify that I have forwarded a true and correct copy of the foregoing instrument by the method indicated to all counsel of record listed below on the 08 day of August, 2011.

(U.S. First Class Mail)

NANCY L. MILLER
Asst. U.S. Attorney
Everett McKinley Dirksen Bldg.
219 S. Dearborn Street, 5th Floor
Chicago, IL  60604

*/s/ Richard Alcantara*
Richard Alcantara