Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 CR 0855 - 2 | **DATE** | 11/14/2011 |
| **CASE TITLE** | United States vs. Alcantara | | |

**DOCKET ENTRY TEXT**

On December 9, 2010, Richard Alcanatara filed a motion in this court for *nunc pro tunc* judgment [254] to clarify his restitution fine. The court grants Alcantara's motion for speedy disposition [255] of that motion, and the court takes Alcantara's motion for *nunc pro tunc* judgment under advisement. Because the government has not had the opportunity to respond to the motion for *nunc pro tunc* judgment, this court asks the government to file a response to that motion by December 5, 2011.

Notices mailed by Judicial staff.

| Courtroom Deputy Initials: | RJ/CAS |
|---|---|